IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _ASD_ D.C.

05 SEP 28 PM 12: 19

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

v.                               CR. NO. 05-20333-B

COREY TATE

ORDER ON ARRAIGNMENT

This cause came to be heard on _September 28, 2005_
The United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME _Marty McAfee_ ADDRESS _____

_____ PHONE NO. _____ who is Retained/Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

√ ____The defendant, who is not in custody, may stand on his/her present bond.

____The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

_Diane K. Vescovo_
UNITED STATES MAGISTRATE JUDGE

CHARGES: social security fraud - 42:408(a)(7)(B)

Assigned to Case: Oliver

Age: _28_

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _9-28-05_

(16)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:05-CR-20333 was distributed by fax, mail, or direct printing on September 28, 2005 to the parties listed.

---

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Marty B. McAfee
MCAFEE & MCAFEE
246 Adams Ave.
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT